**Order entered March 11, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00818-CV

## ESTHER ATIGOGO, Appellant

## V.

## TOWNS OF CHAPEL HILL, Appellee

### On Appeal from the County Court at Law No. 7
### Collin County, Texas
### Trial Court Cause No. 007-03182-2021

### ORDER

Before the Court is appellant's March 9, 2022 fourth motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on March 9 filed as of the date of this order.

/s/    CRAIG SMITH
       JUSTICE